**VOGUE INTERNATIONAL, LLC, DBA Vogue International, a Delaware limited liability company, Plaintiff-Appellant,**

v.

**HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation, Defendant-Appellee.**

No. 14-56394

United States Court of Appeals, Ninth Circuit.

Argued and Submitted August 2, 2016 Pasadena, California

Filed March 21, 2017

David A. Gauntlett, Attorney, James A. Lowe, Esquire, Gauntlett & Associates, Irvine, CA, for Plaintiff-Appellant

Linda Tai Hoshide, Esquire, Wilson Elser Moskowitz Edelman & Dicker LLP, Los Angeles, CA, David Simantob, Tressler LLP, Los Angeles, CA, for Defendant-Appellee

Before: REINHARDT, KOZINSKI, and WARDLAW, Circuit Judges.

MEMORANDUM *

We remanded this appeal to the district court for the limited purpose of determining whether there is federal jurisdiction. The district court concluded that there is no jurisdiction and dismissed the case. Because no timely appeal has been filed from

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

that determination, this appeal is **DISMISSED.**

Appellee's Motion to Take Judicial Notice, Dkt. #42, and Appellant's Motion to Supplement the Record on Appeal, Dkt #45, are **GRANTED.**